1
2
3
4
5
6
7
# UNITED STATES DISTRICT COURT

8
## DISTRICT OF NEVADA

9

10 UNITED STATES OF AMERICA,

11     Plaintiff,                      Case No. 2:05-cr-00341-LDG (GWF)

12 v.                                 **ORDER**

13 WILLIAM KENNETH RICK,

14     Defendant.

15 ────────────────────────

16     For good cause shown,

17     THE COURT **ORDERS** that Defendant William Kenneth Rick's Motions for

18 Clarification (#54) and Appointment of Counsel (#55) are DENIED.

19

20 DATED this ____ day of May, 2011.

21

22 _____

23 Lloyd D. George
   United States District Judge

24

25

26